IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                                    CASE NO. 4:10-cv-00544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2). A review of the instant motion and Petitioner's attached prison account information reflects that Petitioner has a current balance of $106.83 in his account, and thus has sufficient assets to pay the $5 habeas corpus filing fee.

Accordingly, it is **ORDERED:**

That Petitioner's motion for leave to proceed as a pauper (Doc. 2) is **DENIED**. Petitioner shall pay the $5.00 habeas corpus filing fee **on or before January 20, 2011.**

**DONE AND ORDERED** this 21st day of December 2010.

                                       *s/ Gary R. Jones*
                                       GARY R. JONES
                                       United States Magistrate Judge