IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                                                                                       CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Respondent's Motion For Enlargement Of Time. (Doc. 9.) Respondent requests a 30 day extension of time within which to respond to the Petition. (Doc. 1.)

Upon due consideration, it is hereby **ORDERED:**

1. That the motion, Doc. 9, is **GRANTED.** Respondent shall respond to the Petition **on or before May 23, 2011.**

2. Petitioner shall have until **June 22, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 22nd day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge