IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                                       CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Petitioner's Motion To Enforce Timely Response To Court Order To Show Cause. (Doc. 11.) Petitioner requests that the Court enter a default judgment against Respondent for what Petitioner characterizes as Respondent's failure to respond to the Court's Order directing the Respondent to respond to the Petition by April 20, 2011. (Doc. 6.) Respondent, however, has filed a motion to extend the time within to respond to the Petition (Doc. 9), which the Court granted in an order extending the deadline for Respondent to respond to the Petition until May 23, 2011. (Doc. 10.)

Accordingly, it is hereby **ORDERED t**hat Petitioner's Motion To Enforce Timely Response To Court Order To Show Cause (Doc. 11) is **DENIED** as **MOOT**.

**DONE AND ORDERED** this 3rd day of May, 2011.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge