IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                                  CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 13, Respondent's second motion for an extension of time to respond to the Petition. Upon due consideration, the motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that:

1.    Respondent shall file the response **on or before June 20, 2011**.

2.    Petitioner shall have until **July 20, 2011,** to file a reply, if any.

**DONE AND ORDERED** this 23rd day of May 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge