IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                       CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's Motion To Issue Sanctions And Compel Ruling On The Pleadings.  (Doc. 15.)  Petitioner requests the Court to impose sanctions against Respondent because Respondent has requested extensions of time without first showing good cause for the requested extensions. The imposition of sanctions is reserved for exceptional circumstances where there has been a showing of willful and egregious conduct. There has been no showing of such conduct in this case. Other than requesting extensions of time due to a heavy workload the Respondent has not engaged in any conduct which would warrant the imposition of sanctions.   .

    Accordingly, upon due consideration, it is **ORDERED:**

    Petitioner's Motion To Issue Sanctions And Compel Ruling On The Pleadings

(Doc. 15) is **DENIED**.

**DONE AND ORDERED** this 13th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:10-cv-544-MP-GRJ*