IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                                 CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Respondent's Third Motion For Enlargement Of Time. (Doc. 17.) Respondent requests an additional 30 day extension of time within which to respond to the Petition. (Doc. 1.)

Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 17, is **GRANTED.** Respondent shall respond to the Petition **on or before July 20, 2011.**

2. Petitioner shall have until **August 19, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 21st day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge