IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                  CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

    This matter is before the Court on Petitioner's Motion For Reconsideration On Motion Of Objection. (Doc. 20.)  Petitioner requests the Court to reconsider its recent order granting the Respondent until July 20, 2011 to respond to the Petition (Doc. 18) arguing that Respondent has not demonstrated good cause for an extension of time and the Court has not properly considered Petitioner's arguments.

    The Court has not overlooked the standard for granting extensions of time and has duly considered the positions of the parties.  Accordingly, it is **ORDERED**:

    Petitioner's Motion For Reconsideration On Motion Of Objection (Doc. 20) is **DENIED**.

    **DONE AND ORDERED** this 11th day of July, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge