IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                      CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 22, Respondent's Third Motion for an Enlargement of Time to respond to the Petition.[1]  Upon due consideration, it is

**ORDERED** that:

Respondent's Third Motion for an Enlargement of Time to respond to the Petition is **GRANTED**.  Respondent shall file its response by **September 19, 2011**. Petitioner shall have until **October 18, 2011,** to file a reply, if any.

**DONE AND ORDERED** this 21st day of July 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Although labeled as Petitioner's third motion for enlargement of time the motion is Petitioner's fourth motion for an enlargement of time.