*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                              CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 28, Respondent's Sixth Motion for Enlargement of Time to respond to the Petition.

Upon due consideration, it is hereby **ORDERED**:

(1)    Respondent's Sixth Motion for Enlargement of Time to respond to the Petition (Doc. 28) is **GRANTED**.

(2)    Respondent shall file his response by **November 21, 2011**.

(3)    Petitioner shall have until **December 21, 2011,** to file a reply, if desired.

**DONE AND ORDERED** this 24th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge