IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

    Petitioner,

v.                                          CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 30, Respondent's Seventh Motion for Enlargement of Time to respond to the Petition.

Upon due consideration, it is **ORDERED:**

(1)     Respondent's Seventh Motion for Enlargement of Time to respond to the Petition (Doc. 30) is **GRANTED**.

(2)     Respondent shall file his response by **December 22, 2011**.

(3)     Petitioner shall have until **January 23, 2012,** to file a reply, if desired.

**DONE AND ORDERED** this 23rd day of November 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge