IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAVIS,

      Petitioner,

v.                                     CASE NO. 4:10-cv-544-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

      Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 34, Respondent's Ninth Motion for Enlargement of Time to respond to the Petition.   Respondent states she is in the process of preparing the response and requests an additional ten (10) days within which to do so.

Upon due consideration, it is **ORDERED:**

(1)    Respondent's Ninth Motion for Enlargement of Time to respond to the Petition (Doc. 34) is **GRANTED**.

(2)    Respondent shall file his response by **February 3, 2012**.

(3)    Petitioner shall have until **March 5, 2012,** to file a reply, if desired.

**DONE AND ORDERED** this 24th day of January 2012.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge